## 32716. MAHLER v. PAQUIN et al.

PER CURIAM.

Certiorari is granted in the above matter. Division 1 and the judgment of the Court of Appeals opinion treating *Mahler v. Paquin* and *Mahler v. Aiello,* 142 Ga. App. 582 (236 SE2d 512) (1977), are vacated. The cases are remanded to the Court of Appeals for further consideration in accordance with *Stallings v. Chance,* 239 Ga. 567 (1977).

*Judgment vacated. All the Justices concur.*

DECIDED SEPTEMBER 8, 1977.

*Raiford, McKeithen & Dixon, Tyler Dixon,* for appellant.

*Zusmann, Sikes, Pritchard & Cohen, Dennis M. Hall,* for appellees.